O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HICA Education Loan Corporation,<br><br>    Plaintiff,<br><br>    v.<br><br>Nicol P. Lippman<br><br>    Defendant. | CV 11-9292 RSWL (RZx)<br><br>**ORDER Re: Plaintiff's Motion for Default Judgment Against Defendant Nicol P. Lippman [13]** |

On June 12, 2012, Plaintiff HICA Education Loan Corporation's ("Plaintiff") Motion for Default Judgment Against Defendant Nicol P. Lippman ("Defendant") came on for regular calendar before the Court.  The Court having reviewed all papers submitted pertaining to this Motion and having considered all arguments presented to the Court, **NOW FINDS AND RULES AS FOLLOWS:**

Plaintiff's Motion for Default Judgment is hereby **GRANTED**.  The Court finds that Plaintiff has satisfied all procedural requirements necessary under Local Rule 55-1 for entry of default judgment.  Specifically, the

1

1  Court finds that on March 27, 2012, the clerk entered
2  default against Defendant; Defendant is not an infant,
3  incompetent person, in military service, or otherwise
4  exempt under the Soldiers' and Sailors' Civil Relief
5  Act of 1940.  Furthermore, the Court finds that the
6  substantive factors set forth in <u>Eitel v. McCool</u> weigh
7  in favor of granting default judgment.  , 782 F.2d 1470
8  (9th Cir. 1986).
9  THEREFORE, IT IS ORDERED that:
10      Default judgement shall be entered against
11 Defendant, for $120,839.70, with additional prejudgment
12 interest of $7.33 per day from January 24, 2012, to the
13 date of this judgment.  This judgment shall also bear
14 post-judgment interest at the current 3.19% judgment
15 rate from the date of entry until paid.

17 **IT IS SO ORDERED.**
18 DATED: June 19, 2012

                                RONALD S.W. LEW
                          _____
                          **HONORABLE RONALD S.W. LEW**
                          Senior, U.S. District Court Judge

2